# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE JAMES ROTH, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| KILOLO KIJAKAZI, : | No. 22-cv-01503-RAL |
| Commissioner of Social Security : | |
| : | |
| Defendant : | |

## O R D E R

**AND NOW** this 8th day of January 2024, upon consideration of the Parties' submissions, it is **ORDERED** that:

1. Plaintiff's Request for Review (Doc. No. 9) is **DENIED**;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

   *s/ Richard A. Lloret*
**HON. RICHARD A. LLORET**
**United States Magistrate Judge**